AO 91 (Rev. 11/11) Criminal Complaint

FILED
VANESSA L. ARMSTRONG, CLERK
AUG 2 4 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br><br>TOREY PHILIP CRANSTON<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:17 mj. 430<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __8/15/17 and 8/22/17__ in the county of __Jefferson__ in the __Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC Section 2422(b) | Use of a facility and means of interstate commerce, to knowingly attempt to persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew Hedden, Investigator, KY A.G.'s Office
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/24/2017

*Judge's signature*

City and state: Louisville, Kentucky

Dave Whalin, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Matt Hedden, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as an Investigator, since 2015, and am currently assigned to The United States Secret Service Electronic Crimes Task Force. While employed by Kentucky Attorney General's Office (KYAOG), I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through various trainings, conferences and everyday work relating to conducting these types of investigations. I have received training in the area of child exploitation and online solicitation.

2. I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Torey Philip Cranston violated federal law by using a facility and means of interstate commerce, to knowingly attempt to persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

3. While authorized by the Kentucky Attorney General to conduct undercover investigations, I conducted such operation on August 15, 2017. I posted an ad on the Louisville Craigslist Website for the purpose of locating persons seeking children for illegal purposes over the Internet. Based on my training and experience I know that the Craigslist website is sometimes used by persons seeking to engage in illegal activities with minors. Often those activities are sexual in nature constituting a violation of Kentucky Revised Statutes and 18 U.S.C.

4. During the investigation, I created and maintained my identity as an Undercover Persona (UC) of a 15-year-old female living in Jefferson County, Kentucky. An unknown person replied to the ad on

August 16, 2017, *via* the Craigslist Email system. That person, identified as "Torey", was advised the UC lived in Louisville, Kentucky and that her age was 15. Torey then requested via text message to meet the UC in person to smoke marijuana and engage in sex acts. These messages occurred over the Internet and Telecom Systems of the Commonwealth of Kentucky and were received to my issued cell phone and computer also located therein.

5. On August 21, 2017, I searched the AccurintLE database for the phone number being used by the suspect to contact my UC. The AccurintLE database listed Torey P. Cranston of Louisville, Kentucky, as the subscriber for that number. I then searched the Kentucky LINK database for any issued identifications for Cranston. That database showed a driver's license file for Torey Philip Cranston. The license files included an image that appeared to be of the same person as in images sent to the UC by the suspect during conversations. I also located a record of Cranston being a Registered Sex Offender as listed on the Kentucky State Police (KSP) website. That record included two image files that also appeared to be of the suspect. I then contacted KSP and received two documents completed by Cranston in May, 2017. From those documents I observed that XXXX Dahl Road was his home address and tp_cranston@hotmail was his only provided Email address. I then searched this home address on the Google map website. Based on my experience in using this site, I determined XXXX Dahl Road was less than 700 feet from Liberty High School in Jefferson County, Kentucky (a violation of KRS 17.545(2)).

6. I also searched the Kentucky Courtnet database for records related to Cranston's conviction that resulted in his registration as a sex offender. I located such records and observed that the conviction was in 2010 and based on the sexual abuse of a 13-year0-old female in Jefferson County, Kentucky. I then contacted Louisville Metro Police Detective Dale Carman who had investigated the case.

Detective Carman stated Cranston digitally penetrated a 13-year-old girl who was an acquaintance. Detective Carman also stated that the child complained about it being painful but Cranston continued against her will anyway.

7. On August 22, 2017, investigators agreed to meet Cranston in Jefferson County, Kentucky. Prior to the meeting, I briefed detectives assisting with surveillance and apprehension. I also created and distributed a flyer containing photos and identifiers for Cranston. He had previously stated he would be driving a Subaru Baja to the location. I included a vehicle description and license plate number for the Baja registered to Cranston in the flyer.

8. Cranston continued to communicate with the UC up to the date and time specified for the meeting. He gave real-time updates via text message while en route to the location. At approximately the stated arrival time, I observed a silver Baja matching the description of his vehicle approach the meet location. Upon his arrival he was identified as he drove onto a parking lot off Old Taylorsville Road and taken into custody. Cranston had in his possession an apple iPhone as well as condoms and marijuana. I observed the phone inside the vehicle and sent a final unique text message to the number used by the suspect. I immediately observed the message on the phones screen as well as an associated contact name matching the one given by the UC. The device was then placed in airplane mode by Investigator Michael Littrell (KYOAG) while I observed. The vehicle was also searched incident to arrest for items pertaining to the use of electronic communications to procure a minor for sex in violation of Kentucky Revised Statutes. I additionally located marijuana and items consistent with the distribution of marijuana in a bag on the front passenger seat.

9. Post-Miranda Cranston admitted he had travelled there to meet a girl he knew to be 15 years old. He stated that the conversations began when he replied to a Craigslist ad. I presented a paper copy

of the ad I had created for the purpose of this investigation to him. He then acknowledged both verbally and with his initials that it was the ad to which he had replied. During the interview, Cranston also stated he believed the age of consent to be 15, but that he was still concerned about being caught with a girl that age. He refused to elaborate about his intention with the girl other than to say he did make statements to her involving his desire to engage her in sex acts.

10. Based on the foregoing, there is probable cause to believe that Torey Philip Cranston, in the Western District of Kentucky, Jefferson County, Kentucky, used a facility and means of interstate commerce, to knowingly attempt to persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

_____
Matthew Hedden
Investigator, Department of Criminal Investigations
Kentucky Attorney General's Office

Sworn to me this 24th day of August, 2017.

_____
DAVE WHALIN
United States Magistrate Judge

4